# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Tomi Joe Archambault, | ) | Case No. 1:12-mj-020 |
| Defendant. | ) | |

On March 9, 2012, the Government filed a Motion to Dismiss Complaint. The court **GRANTS** the Government's motion (Docket No. 4).

**IT IS SO ORDERED.**

Dated this 12th day of March, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge